KOSTELANETZ LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kostelanetz.com

OTHER OFFICES

WASHINGTON, DC
ATLANTA, GA
HACKENSACK, NJ

July 23, 2026

**TO BE FILED ON ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: ***United States v. Jafar Borden***, 26 Cr. 213 (JMF)

Dear Judge Furman:

I am CJA counsel for defendant Jafar Borden in the above-captioned matter. I write with the consent of counsel for the Government to request an adjournment of the September 2nd pre-trial conference and defense motions, which currently are due on August 6th.

The reason for this request is that we are in the midst of discussions with the Government concerning a potential disposition, and we would benefit from additional time to complete those discussions.

Accordingly, we respectfully request that defense motions be adjourned to September 11, 2026, and the pre-trial conference be adjourned to a date convenient to the Court beginning the week of October 5, 2026. The Court has excluded time until September 2nd. The Government requests, and we consent to, exclusion of time under the Speedy Trial Act until the next pre-trial conference so that the parties can continue discussions and the defense can, if needed, prepare motions.

Should we reach an agreement with the Government before the adjourned pre-trial conference date, we will notify the Court.

Respectfully submitted,

Sharon L. McCarthy

cc: AUSA Lauren Phillips

Application GRANTED. The motion deadline is extended to September 11, 2026; any opposition shall be filed by September 25, 2026; and any reply shall be filed by October 2, 2026. The pretrial conference is ADJOURNED to October 7, 2026, at 3:00 p.m. Time is excluded under the Speedy Trial Act from today until October 7, 2026, to permit the parties to continue their negotiations and to enable the defense to prepare motions, if needed. The Clerk of Court is directed to terminate ECF No. 14. SO ORDERED.

July 23, 2026